IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM BRADLEY
EDMONSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

CASE NO. 1D15-3111

v.

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed December 30, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

William Bradley Edmonson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition for belated appeal is denied on the merits.

THOMAS, SWANSON, and MAKAR, JJ., CONCUR.